734

Submitted December 5, 1972.
*Arthur K. Dils,* for appellant; *E. Robert Elicker, II,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Williams, Appellant.

Submitted December 4, 1972. *Lee Mandell,* with him *Charleston & Fenerty,* for appellant; *Robert B. Lawler* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Williams, Appellant.

Submitted December 4, 1972. *Anne Johnson, Mike Hanford* and *Jonathan Miller,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.